# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-317 (TSC) |
| | : | |
| **BENJAMIN LAROCCA** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The Court will Please note the appearance of attorney Bret D. Lee as counsel in the above noted matter for defendant Benjamin LaRocca.

Respectfully Submitted,

____/s/_____

Bret D. Lee, (D.C. Bar 1027261)
10521 Judicial Drive Suite 100
Fairfax, Virginia 22030
Phone: (703) 936 0580
Fax:    (800) 783-4389
Email: bret@bretlee.com
*Counsel for Defendant*