UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-317 (TSC) |
| | : | |
| BENJAMIN LAROCCA | : | |
| | : | |
| and CRISTIAN CORTEZ, | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION TO VACATE, CONTINUE, AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America hereby moves this Court vacate the September 29, 2021 status hearing scheduled in the above-captioned matter, for a 90-day continuance of the above-captioned matter, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).   In support of its motion, the government states as follows:

The government has produced the most substantial discovery that is specific to the defendants' involvement in the events of January 6, 2021, and continues to supplement those productions as the investigation into defendants' conduct is ongoing.  As detailed in the government's Discovery Status Memoranda, (Dkts. 28, 29,) the government continues progress towards making voluminous discovery available to the defense.  The parties are engaging productively and hope to reach a pretrial resolution of the case, but have not discussed the formal parameters of a plea agreement.

Counsel for the defendants consent to this motion.

WHEREFORE, the government respectfully requests that this Court grant the motion to vacate the scheduled status hearing, grant a 90-day continuance of the above-captioned proceeding, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:      /s/
Kathryn E. Fifield
Trial Attorney
U.S. Department of Justice, Crim. Division
Detailed to the D.C. U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Kathryn.fifield@usdoj.gov
(202) 320-0048