Your Honor,

The reason why I am writing this letter is to express my apology for my actions in the Washington D.C. Capitol on January 6th, 2021.

I am deeply ashamed and embarrassed to attend Trump's rally. The injuries and deaths occurred that day are inexcusable. I deeply apologize to everyone that were affected on that day. The men and women that defended the Capitol saved our Country's democracy. They made sure that our democracy, as well as our institutions in this country stand strong.

During the time I was at the Capitol, I was not thinking about the consequences of my actions. When I saw things that happened in the moment, I did not understand how serious it was. It was very immature and only later I realized how truly serious it was. I had a very immature reaction and I realize now that what I did was wrong. I will not ever want do this again.

I deeply regret and apologize to the law enforcement personnel, congress, and their staff's family members that were affected by that day. Their family members have suffered tremendously ever since the January 6th, 2021, Trump rally happened. If the Trump rally never happened, then the officers, faculty, and their family members would never have to suffer.

The institutions in our country are truly sacred. We should always respect and trust our institutions. There have been countless men and women that have sacrificed themselves to maintain our institutions. We would not be here in our country today without our institutions and democracy.

I realized what I have done is wrong and want to become a better person. I want to be a better citizen and make a positive impact for my community.


Sincerely,

Benjamin True LaRocca